Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.;<br><br>     Plaintiffs,<br><br>v.<br><br>ROBERT SCOTT WHITE, individually and dba RSW SPECIALTIES,<br><br>     Defendants. | Case No.: C07-2653 WDB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 24, 2007                           Respectfully submitted,
                                              SALTZMAN & JOHNSON LAW CORPORATION

                                              _____/s/_____
                                              Muriel B. Kaplan
                                              Attorneys for Plaintiffs

-1-
**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**
**Case No.: C07-2653 WDB**

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105

On May 24, 2007, I served the foregoing document(s) on the parties to this action, addressed as follows, in the manner described below:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

☑    **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

☐    **FACSIMILE** be causing said document(s) to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

☐    **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

☐    **PERSONAL DELIVERY** by placing said document(s) in a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

☐    **ELECTRONICALLY** be causing said document(s) to be transmitted by Email to the address(es) set forth below.

*Addressed to:*

| | |
|---|---|
| **Robert Scott White** | **RSW Specialties** |
| **RSW Specialties** | **1668 Star Jasmine Drive** |
| **1668 Star Jasmine Drive** | **San Ramon, CA 94582** |
| **San Ramon, CA 94582** | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of May, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**
**Case No.: C07-2653 WDB**

P:\CLIENTS\PATCL\RSW Specialties\Complaint to Compel Audit\Consent to Proceed before a Magistrate Judge 052407.DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**
**Case No.: C07-2653 WDB**
P:\CLIENTS\PATCL\RSW Specialties\Complaint to Compel Audit\Consent to Proceed before a Magistrate Judge 052407.DOC