MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; FRED INMAN AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES;<br><br>        Plaintiffs,<br>v.<br><br>ROBERT SCOTT WHITE, individually and dba RSW SPECIALTIES,<br><br>        Defendants. | Case No.: C07-2653 WDB<br><br>**PROOF OF SERVICE RE COMPLAINT** |

-1-
**PROOF OF SERVICE RE COMPLAINT**
**CASE NO.: C07-2653 WDB**

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105<br><br>ATTORNEY FOR **PLAINTIFFS** | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Bay Area Painters & Tapers Pension Fund, et al. -v-<br>Robert Scott White, individually and dba RSW Specialties | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 2653 WDB |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Assignment of Case to a United States Magistrate Judge, ECF Registration Information Handout, Location Guede to Court Offices - Oakland Federal Building.

**Name: RSW Specialties**

**Date of Delivery:** 6/18/07
**Time of Delivery:** 8:11 p.m.

**Place of Service:**    1668 Star Jasmine Drive
San Ramon, CA 94582

**Manner of Service:** Personal Service, by hand delivering documents to Robert Scott White, agent for service for RSW Specialties.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 19th, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: [signed]
Name: Paul Holt
Title: RPS, San Francisco #727

**PROOF OF SERVICE**

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | (415) 882-7900 |

ATTORNEY FOR **PLAINTIFFS**

COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT NAME OF CASE
Bay Area Painters & Tapers Pension Fund, et al. -v-
Robert Scott White, individually and dba RSW Specialties

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 2653 WDB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Assignment of Case to a United States Magistrate Judge, ECF Registration Information Handout, Location Guede to Court Offices - Oakland Federal Building.

### Name: Robert Scott White

**Date of Delivery:** 6/18/07
**Time of Delivery:** 8:11 p.m.

**Place of Service:**     1668 Star Jasmine Drive
San Ramon, CA 94582

**Manner of Service:** Personal Service, by hand delivering documents to Robert Scott White.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 19th, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: _____
Name: Paul Holt
Title: RPS, San Francisco #727

## PROOF OF SERVICE