UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND<br>TAPERS PENSION FUND, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBERT SCOTT WHITE,<br><br>        Defendant.<br>_____/ | No. C 07-2653 WDB<br><br>NOTICE RESCHEDULING CASE<br>MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

      To accommodate the Court's schedule, you are hereby notified that the Initial Case Management Conference originally scheduled for Tuesday, August 21, 2007, at 4:00 p.m. has been rescheduled to **Thursday, September 6, 2007, at 4:00 p.m.**  <u>Lead</u> trial counsel for each party must participate in the case management conference and should review Judge Brazil's Standing Order, which can be found on the Court's website at www.cand.uscourts.gov.  The parties also must comply with the Court's rules for submitting Case Management Conference Statements.

Dated: July 20, 2007

                                                 Richard W. Wieking, Clerk
                                                 United States District Court

                                                 *Sarah Weinstein*

                                                 By:  Sarah Weinstein
                                                 Law Clerk/Deputy Clerk

Copies to:
     All parties,
     WDB, Stats