MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94105
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>        Plaintiffs,<br>    v.<br><br>ROBERT SCOTT WHITE, individually and dba RSW SPECIALTIES,<br><br>        Defendants. | Case No.:  C07-2653 WDB<br><br>**PROOF OF SERVICE**<br>**RE NOTICE RESCHUEDILING CASE**<br>**MANAGEMENT CONFERENCE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On July 27, 2007, I served the following document(s):

**NOTICE RESCHUEDILING CASE MANAGEMENT CONFERENCE**

-1-
**PROOF OF SERVICE RE CMC RESCHEDULING**
**CASE NO.: C07-2653 WDB**

P:\CLIENTS\PATCL\RSW Specialties\Complaint to Compel Audit\C07-2653 WDB - Proof of Service re CMC Continuance Order 072707.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

        **Robert Scott White**        **RSW Specialties**
        **RSW Specialties**        **1668 Star Jasmine Drive**
        **1668 Star Jasmine Drive**        **San Ramon, CA 94582**
        **San Ramon, CA 94582**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 27th day of July, 2007, at San Francisco, California.

                                      _____/s/_____
                                          Vanessa de Fábrega