MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94105
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br> v. <br><br> ROBERT SCOTT WHITE, individually and dba RSW SPECIALTIES, <br><br> Defendants. | Case No.:  C07-2653 WDB <br><br> **PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> Date:   September 6, 2007 <br><br> Time:   4:00 p.m. <br><br> Location:  1301 Clay Street <br>         Oakland, California <br><br> Courtroom: 4, 3rd Floor <br><br> Judge: The Honorable Wayne D. Brazil |

Plaintiffs herein respectfully request a Continuance of the Case Management Conference currently on calendar for September 6, 2007.

1.     Defendant complied with plaintiffs' request for an audit of its records for the period January 1, 2005 to June 30, 2006, which is the subject of the Complaint filed with this Court on May 18, 2007.

-1-
**CASE MANAGEMENT CONFERENCE CONTINUANCE REQUEST**
**CASE NO.: C07-2653 WDB**

2. Defendant submitted a check in the amount of $1,272.00 to plaintiffs as payment of attorneys fees and costs incurred, as required by both the Collective Bargaining Agreement the Trust Agreements to which defendant is signatory.

3. The check was deposited with plaintiffs' bank on August 23, 2007. Plaintiffs anticipate receiving notice of the check's clearance within the next 7 days.

4. Upon confirmation of the check's clearance, plaintiffs will dismiss the Complaint with the Court.

5. Plaintiffs therefore respectfully request that the Case Management Conference, currently scheduled for September 6, 2007, be continued for approximately 30 days to allow the check to clear, and thereby attempt to bring this matter to resolution.

6. It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 28th day of August, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
       Michele R. Stafford
       Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to ―October 22, 2007―――― at ―4:00 p.m.―― ――, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.

Dated: 8/29/07 _____    _____
                                                                        THE HONORABLE WAYNE D. BRAZIL

-2-
**CASE MANAGEMENT CONFERENCE CONTINUANCE REQUEST**
**CASE NO.: C07-2653 WDB**

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On August 28, 2007, I served the following document(s):

**PLAINTIFFS' REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Robert Scott White**<br>**RSW Specialties**<br>**1668 Star Jasmine Drive**<br>**San Ramon, CA 94582** | **RSW Specialties**<br>**1668 Star Jasmine Drive**<br>**San Ramon, CA 94582** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of August, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega