MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94105
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.:  C07-2653 WDB |
| Plaintiffs, | **PROOF OF SERVICE RE ORDER ON CASE MANAGEMENT CONFERENCE CONTINUANCE** |
| v. | |
| ROBERT SCOTT WHITE, individually and dba RSW SPECIALTIES, | |
| Defendants. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On August 30, 2007, I served the following document(s):

**ORDER ON CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

///

-1-
**PROOF OF SERVICE RE CMC CONTINUANCE
CASE NO.: C07-2653 WDB**

P:\CLIENTS\PATCL\RSW Specialties\Complaint to Compel Audit\C07-2653 WDB - Proof of Service re CMC Continuance Order 083007.DOC

1   on the interested parties in said action by placing a true and exact copy of each document in a

2   sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

3   Francisco, California, addressed as follows:

4
          **Robert Scott White**                          **RSW Specialties**
5         **RSW Specialties**                             **1668 Star Jasmine Drive**
          **1668 Star Jasmine Drive**                     **San Ramon, CA 94582**
6         **San Ramon, CA 94582**

7

8         I declare under penalty of perjury that the foregoing is true and correct and that this

9   declaration was executed on this 30th day of August, 2007, at San Francisco, California.

10

11                                  _____/s/_____

12                                          Vanessa de Fábrega

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                                              -2-
                                         **PROOF OF SERVICE RE CMC CONTINUANCE**
                                         **CASE NO.: C07-2653 WDB**