MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C07-2653 WDB |
|---|---|
| Plaintiffs, | **REQUEST FOR VOLUNTARY DISMISSAL** |
| v. | |
| ROBERT SCOTT WHITE, individually and dba RSW SPECIALTIES, | |
| Defendants. | |

Plaintiffs hereby request dismissal of this action without prejudice, under Federal Rule of Civil Procedure 41(a). Defendants have not answered or appeared in this action, and Plaintiffs have not previously filed or dismissed any similar action against defendants. The matter has now

///

///

///

///

-1-
**REQUEST FOR VOLUNTARY DISMISSAL**
**CASE NO.: C07-2653 WDB**

1 | been settled between the parties.

2 | Dated: September 7, 2007        SALTZMAN & JOHNSON LAW CORPORATION

4 | By:_____/s/_____
5 | Muriel B. Kaplan
   | Attorneys for Plaintiffs

7 | **IT IS SO ORDERED**.

8 | Dated: 9-7-2007              _/s/ Wayne D. Brazil_____
9 |                              UNITED STATES DISTRICT COURT JUDGE

-2-
**REQUEST FOR VOLUNTARY DISMISSAL**
**CASE NO.: C07-2653 WDB**

P:\CLIENTS\PATCL\RSW Specialties\Complaint to Compel Audit\C07-2653 WDB Voluntary Dismissal 090607.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On September 7, 2007, I served the following document(s):

**REQUEST FOR VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Robert Scott White**  
**RSW Specialties**  
**1668 Star Jasmine Drive**  
**San Ramon, CA 94582**

**RSW Specialties**  
**1668 Star Jasmine Drive**  
**San Ramon, CA 94582**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 7th day of September, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR VOLUNTARY DISMISSAL**
**CASE NO.: C07-2653 WDB**

P:\CLIENTS\PATCL\RSW Specialties\Complaint to Compel Audit\C07-2653 WDB Voluntary Dismissal 090607.DOC