1  MURIEL B. KAPLAN (SBN: 124607)
   MICHELE R. STAFFORD (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
3  120 Howard Street, Suite 520
   San Francisco, CA  94105
4  Telephone:  (415) 882-7900
   Facsimile:   (415) 882-9287
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6
7  Attorneys for Plaintiffs,
   BAY AREA PAINTERS AND TAPERS
8  PENSION FUND, et al.

9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | BAY AREA PAINTERS AND TAPERS            | Case No.:  C07-2653 WDB
   | PENSION FUND, et al.,                   |
14 |                                         | **PROOF OF SERVICE RE
   |                                         | ORDER ON REQUEST FOR
15 |         Plaintiffs,                     | VOLUNTARY DISMISSAL**
   |     v.                                  |
16 |                                         |
17 | ROBERT SCOTT WHITE, individually and    |
   | dba RSW SPECIALTIES,                    |
18 |                                         |
   |         Defendants.                     |
19

20        I, the undersigned, declare:

21        I am a citizen of the United States and am employed in the County of San Francisco, State
22
23 of California.  I am over the age of eighteen and not a party to this action.  My business address is

24 120 Howard Street, Suite 520, San Francisco, California 94105.

25        On September 13, 2007, I served the following document(s):

26                              **ORDER ON
27                      REQUEST FOR VOLUNTARY DISMISSAL**

28
                                                                                        -1-
         **PROOF OF SERVICE RE ORDER ON REQUEST FOR VOLUNTARY DISMISSAL
                                                           CASE NO.: C07-2653 WDB**

P:\CLIENTS\PATCL\RSW Specialties\Complaint to Compel Audit\C07-2653 WDB POS re Voluntary Dismissal Order 091307.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

      **Robert Scott White**      **RSW Specialties**
      **RSW Specialties**      **1668 Star Jasmine Drive**
      **1668 Star Jasmine Drive**      **San Ramon, CA 94582**
      **San Ramon, CA 94582**

8      I declare under penalty of perjury that the foregoing is true and correct and that this
9  declaration was executed on this 13th day of September, 2007, at San Francisco, California.

              _____/s/_____
                        Vanessa de Fábrega

-2-
**PROOF OF SERVICE RE ORDER ON REQUEST FOR VOLUNTARY DISMISSAL**
**CASE NO.: C07-2653 WDB**

P:\CLIENTS\PATCL\RSW Specialties\Complaint to Compel Audit\C07-2653 WDB POS re Voluntary Dismissal Order 091307.DOC